## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

---

| | |
|---|---|
| NATIONAL PARKS CONSERVATION ASSOCIATION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | )   Civ. No. 1:17-cv-01361-RCL |
| TODD T. SEMONITE, et al., | ) ) |
| Defendants, | ) ) |
| and | ) ) |
| VIRGINIA ELECTRIC & POWER COMPANY, | ) ) |
| [PROPOSED] Defendant-Intervenor. | ) ) |

---

## JOINT STIPULATION AND PROPOSED SCHEDULING ORDER

Plaintiff National Parks Conservation Association ("Plaintiff"), Defendants Todd Semonite and Robert Speer ("Federal Defendants"), and Proposed Defendant-Intervenor Virginia Electric & Power Company d/b/a Dominion Energy Virginia ("Proposed Defendant-Intervenor") (collectively, "the parties") hereby jointly stipulate to certain matters in this case in order to facilitate resolution of Plaintiffs' motion for a preliminary injunction.  Pursuant to Local Rule 7(m), the parties certify that they conferred prior to jointly moving for the requested relief.

As explained in Plaintiff's Complaint, *see* ECF No. 1, and in Plaintiff's Motion for a Preliminary Injunction, *see* ECF No. 5, and the accompanying Memorandum in Support of Plaintiff's Motion for a Preliminary Injunction, *see* ECF No. 5-1, Plaintiff challenges Federal Defendants' issuance of a permit to Proposed Defendant-Intervenor authorizing construction related to the Surry-Skiffes Creek-Whealton Project under the National Environmental Policy

Act, 42 U.S.C. §§ 4321-4370m, Section 404 of the Clean Water Act, 33 U.S.C. § 1344, and the

Administrative Procedure Act, 5 U.S.C. § 706(2)(A), (D).  As a result of the project's impending

construction schedule, Plaintiff has requested that the Court set a hearing on its injunctive relief

request as soon as practicable and, in any event, at a date that would allow this matter to be

resolved no later than mid-October of this year.  *See* ECF No. 5 at 3-4.

Based on their good faith discussions, in order to facilitate a more orderly schedule for

the Court's consideration of the parties' claims and defenses related to Plaintiff's request for

preliminary injunctive relief, the parties have agreed to the following schedule to allow for the

resolution of this motion by mid-October of this year.[1]

## **STIPULATION**

(1)      Proposed Defendant-Intervenor has represented to the parties that any

construction work on the 500 kV portion and switching station portion of the Surry-Skiffes

Creek-Whealton Project that would occur before mid-October (the time frame by which Plaintiff

has requested resolution of its preliminary injunction motion) will be limited to tree cutting, land

grading, and the creation of temporary roads.  Proposed Defendant-Intervenor does not intend

during this time frame to construct any permanent foundations such as concrete or steel

structures on those portions of the project.

---

[1] The parties explored the possibility of briefing this matter on expedited cross-motions for
summary judgment—rather than a preliminary injunction motion—in a manner that would
facilitate resolution of this case before in-river construction work begins in mid-October.
Federal Defendants have indicated they cannot practicably compile and lodge the administrative
record and fully brief summary judgment cross-motions on a schedule that would allow the
Court sufficient time to resolve this case before Proposed Defendant-Intervenor intends to
commence in-river construction.

(2)      In light of Proposed Defendant-Intervenor's representations concerning its construction schedule, the parties have agreed to the following schedule for resolution of Plaintiff's motion for a preliminary injunction:

(A)      Federal Defendants and Proposed Defendant-Intervenor will file their oppositions to Plaintiff's motion for a preliminary injunction by August 18, 2017;

(B)      Plaintiff will file any reply memorandum by September 1, 2017;

(C)      The parties respectfully request that the Court hear Plaintiff's motion at such date as would facilitate the Court's resolution of this motion by October 16, 2017.

A Proposed Order embodying this proposed schedule is attached.[2]

Respectfully submitted this 27th day of July, 2017.

/s/ William S. Eubanks II
William S. Eubanks II
D.C. Bar Number 987036
Meyer Glitzenstein & Eubanks LLP
2601 S. Lemay Avenue
Unit 7-240
Fort Collins, CO 80525
(970) 703-6060
(202) 588-5049 (fax)
beubanks@meyerglitz.com

/s/ Eric R. Glitzenstein
Eric R. Glitzenstein
D.C. Bar Number 358287
Meyer Glitzenstein & Eubanks LLP
4115 Wisconsin Avenue NW
Suite 210
Washington, DC 20016
(202) 588-5206
(202) 588-5049 (fax)
eglitzenstein@meyerglitz.com

---

[2] Plaintiff reserves the right to file a motion for a temporary restraining order if Proposed Defendant-Intervenor notifies Plaintiff, or Plaintiff otherwise learns, that construction activities concerning permanent infrastructure will commence before the Court has ruled on Plaintiff's preliminary injunction request.

*/s/ Elizabeth Lewis*
Elizabeth L. Lewis
(pro hac vice application pending)
Meyer Glitzenstein & Eubanks LLP
4115 Wisconsin Avenue NW
Suite 210
Washington, DC 20016
(202) 588-5206
(202) 588-5049 (fax)
llewis@meyerglitz.com

Counsel for Plaintiff

/s/ Heather E. Gange
HEATHER E. GANGE
D.C. Bar No. 452615
United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044-7611
Tel:    (202) 514-0223
Fax:    (202) 514-8865
Heather.Gange@usdoj.gov

Counsel for Federal Defendants

/s/ Harry M. Johnson, III
Eric J. Murdock (DC Bar No.
443194)
Hunton & Williams LLP
2200 Pennsylvania Avenue, N.W.
Washington, DC 20037-1701
(202) 955-1576
emurdock@hunton.com

Harry M. Johnson, III (DC Bar No.
IL002)
Hunton & Williams LLP
Riverfront Plaza, East Tower
951 E Byrd Street
Richmond, VA 23219-4074
(804) 788-8784
pjohnson@hunton.com

Counsel for Proposed Intervenor