IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL PARKS CONSERVATION ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>TODD T. SEMONITE, Lieutenant General U.S. Army Corps of Engineers<br><br>and<br><br>ROBERT M. SPEER, Secretary of the Army<br><br>Defendants. | Civil Action No. 1:17-cv-01361-RCL |

[~~PROPOSED~~] ORDER

This matter comes before the Court on the Motion to Intervene filed by Virginia Electric and Power Company d/b/a Dominion Energy Virginia pursuant to Federal Rule of Civil Procedure 24(a)(2).

For good cause shown, the Court hereby GRANTS the Motion to Intervene.

IT IS SO ORDERED this 9th day of August, 2017.

_____
The Honorable Royce C. Lamberth