CO-386-online
10/03

# United States District Court
# For the District of Columbia

National Parks Conservation Association )
)
)
)
vs  Plaintiff )   Civil Action No.___1:17-cv-01361-RCL____
)
Semonite, et al. )
)
)
Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Virginia Electric and Power Company d/b/a Dominion Energy Virginia__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Virginia Electric and Power Company d/b/a Dominion Energy Virginia__ which have any outstanding securities in the hands of the public:

Dominion Energy, Inc.

Dominion Midstream Partners, LP

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

/s/ Eric J. Murdock
_____
Signature

D.C. Bar No. 443194   Eric J. Murdock
_____   _____
BAR IDENTIFICATION NO.   Print Name

Hunton & Williams LLP, 2200 Penn. Ave. NW
_____
Address

Washington, D.C.  20037
_____
City    State    Zip Code

(202) 955-1576
_____
Phone Number