AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| National Parks Conservation Association<br>*Plaintiff*<br>v.<br>Semonite, et al.<br>*Defendant* | )<br>)<br>) Case No. 1:17-cv-01361-RCL<br>)<br>) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Virginia Electric and Power Company d/b/a Dominion Energy Virginia .

Date: 7/26/2017

/s/ Eric J. Murdock
*Attorney's signature*

Eric J. Murdock (D.C. Bar No. 443194)
*Printed name and bar number*

Hunton & Williams LLP
2200 Pennsylvania Avenue, N.W.
Washington, D.C. 20037
*Address*

emurdock@hunton.com
*E-mail address*

(202) 955-1500
*Telephone number*

(202) 778-2201
*FAX number*