AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| National Parks Conservation Association | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:17-cv-01361-RCL |
| Todd T. Semonite et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff National Parks Conservation Association.

Date: 08/16/2017

/s/ William N. Lawton
*Attorney's signature*

William N. Lawton Bar No. 1046604
*Printed name and bar number*

4115 Wisconsin Ave NW Suite 210
Washington D.C. 20016

*Address*

nlawton@meyerglitz.com
*E-mail address*

(202) 588-5206
*Telephone number*

(202) 588-5049
*FAX number*