UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL PARKS CONSERVATION ASSOCIATION,<br><br>    Plaintiff,<br><br>    v.<br><br>TODD T. SEMONITE, AND ROBERT M. SPEER,<br>    Defendants,<br><br>    and<br><br>VIRGINIA ELECTRIC AND POWER COMPANY,<br><br>    Defendant-Intervenor. | Civil Action No. 1:17-cv-01361-RCL |

**SIERRA CLUB'S MOTION FOR LEAVE TO FILE AN AMICUS CURIAE BRIEF**

Sierra Club requests leave to file an *amicus curiae* brief (lodged herewith). Plaintiff National Parks Conservation Association does not object to this motion. The federal defendants reserve their position on this motion, until such time as they have had an opportunity to review the brief. Virginia Electric and Power Company ("Dominion") opposes the motion and intends to file an opposition.

As Dominion notes in its opposition to National Parks Conservation Association's motion for preliminary injunction, the Department of Energy has issued an emergency order related to the reliability standards that the Skiffes Creek project is intended to address. Virginia Electric and Power Co.'s Mem. Opp. Pltf.'s Mot. for Prelim. Inj. at 7. As Dominion also notes, Sierra Club has filed an

administrative petition seeking reconsideration of that Department of Energy order. *Id.* at 7 n.7.

Sierra Club seeks leave to file the attached brief, as *amicus curiae,* in order to clarify two points as to the relationship between its administrative petition and this case: (1) Sierra Club's petition does not threaten any electricity shortage, even should this Court temporarily enjoin the Skiffes Creek transmission project; and, (2) Sierra Club's concerns regarding the Department of Energy's order do not suggest that the Skiffes Creek transmission project is necessary, or in the public interest.

Sierra Club has an interest in this case. Sierra Club has not supported the Skiffes Creek transmission project and seeks here to ensure that its actions are not understood to implicitly endorse that project, or to threaten the reliability of electric service in Virginia. Dominion's opposition relies heavily on reliability concerns in Virginia to establish that the Skiffes Creek project is in the public interest[1]; because the Department of Energy's order relates to those reliability concerns, Sierra Club's challenge to that order is potentially relevant to the disposition of this case. None of the existing parties to this case are familiar with both Sierra Club's administrative filings and the concerns underlying them. Accordingly, Sierra Club's position is not adequately represented by those parties.

---

[1] Because the proposed brief addresses matters raised in Dominion's opposition to the preliminary injunction motion, it could not have practically been filed at an earlier stage in these proceedings.

Respectfully submitted by:

*/s/ Sanjay Narayan*
Sanjay Narayan
Elena Saxonhouse
Sierra Club Environmental Law Program
2101 Webster St., Ste. 1300
Oakland, CA 94612
(415) 977-5769
sanjay.narayan@sierraclub.org

Casey Roberts
Sierra Club Environmental Law Program
1536 Wynkoop St., Suite 312
Denver, CO 80202
(303) 454-3355
casey.roberts@sierraclub.org

Bridget Lee
Sierra Club Environmental Law Program
50 F. St., NW, 8th Floor
Washington, D.C. 20001
(202) 675-6275
bridget.lee@sierraclub.org

Date: August 31, 2017