IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL PARKS CONSERVATION ASSOCIATION, <br><br> Plaintiff, <br><br> v. <br><br> TODD T. SEMONITE, and ROBERT M. SPEER, <br><br> Defendants, <br><br> and <br><br> VIRGINIA ELECTRIC AND POWER COMPANY, <br><br> Defendant-Intervenor. | Civil Action No. 1:17-cv-01361-RCL |

**MOTION TO STRIKE UNAUTHORIZED REPLY IN SUPPORT OF MOTION
FOR LEAVE TO FILE *AMICUS* BRIEF**

Virginia Electric and Power Company, dba Dominion Energy Virginia ("Dominion Energy"), by counsel, moves the Court to strike the Reply in Support of Motion for Leave to File *Amici Curiae* Brief by Coalition To Protect America's National Parks, Inc., Jonathan B. Jarvis, and American Rivers, Inc. ("Reply").  ECF No. 35.  The Reply violates the express prohibition in LCvR 7(o)(2) on further briefing in support of motions for leave to file *amicus* briefs "unless otherwise ordered by the Court."  Proposed *amici* were not ordered to file a reply brief, nor did they seek leave to do so.  Indeed, they filed the reply brief *after expressly acknowledging* that "Local Rule 7(o)(2) prohibits further briefing on the Motion and Proposed Brief."  ECF No. 35 at 4.  Consequently, the unauthorized reply brief is improper and should be stricken.

In further support of this motion, Dominion Energy relies on the statement of points and authorities below.

## STATEMENT OF POINTS AND AUTHORITIES

1.      Pursuant to LCvR 7(o), proposed *amici* filed their motion for leave to file an *amicus* brief on August 16, 2017.  ECF No. 20.  Dominion Energy filed an opposition 14 days later on August 30, 2017, as provided by LCvR 7(o)(2).  ECF No. 31.

2.      LCvR 7(o)(2) provides for no replies after the opposition.  In fact, in clear and unmistakable terms, the rule prohibits further briefing absent a court order:  "*There shall be no further briefing unless ordered by the Court.*"  *Id.* (emphasis added).

3.      In blatant violation of the rule, proposed *amici* filed a reply brief on September 6, 2017.  ECF No. 35.  The Court had not ordered a reply, and proposed *amici* filed no request for leave to file a reply.  Also, for the first time, proposed *amici* requested permission to participate in oral argument at the scheduled hearing on September 20 pursuant to LCvR 7(o)(6), and offered suggestions on a response and another reply on the novel issues raised by their *amicus* brief.  *Id.* at 15.

4.      Counsel for proposed *amici* cannot claim that they were unaware of LCvR 7(o)(2) and its prohibition on further briefing.  Their unauthorized reply brief cites repeatedly to the rule and relies specifically on the rule as part of their argument.  *See* ECF No. 35 at 3-4, 9-10.  Twice, they freely admit that further briefing is "prohibited."  *Id.* at 4, 10.  But, knowingly flouting the rule, they filed their reply brief anyway.

5.      Proposed *amici*'s disregard for this Court's rule prejudices Dominion Energy.  Although styled as a reply on the motion for leave to file an *amicus* brief, the reply is actually further argument on the substance of the proposed *amicus* brief itself, including a new exhibit

purportedly supporting the arguments in the *amicus* brief.  *See, e.g., id.* at 10-15, Ex. K.

6. Plaintiff's Motion for Preliminary Injunction seeks extraordinary relief on an expedited basis.  The proposed *amicus* brief and the unauthorized reply are untimely and raise new legal theories that are not implicated by Plaintiff's motion.  At this late date, the focus should be on the claims that are actually in the case, not on collateral issues in an unauthorized reply brief.

7. Counsel for Dominion Energy sought to confer in good faith with counsel for the parties and for the proposed *amici* to determine whether this motion is opposed.  Proposed *amici* oppose the motion.  No other response was received.

In conclusion, Dominion Energy respectfully requests that the Court enforce LCvR 7(o)(2) and strike the Reply in Support of Motion for Leave to File *Amici Curiae* Brief by Coalition To Protect America's National Parks, Inc., Jonathan B. Jarvis, and American Rivers, Inc. [ECF No. 35].

Dated:  September 7, 2017

/s/   Harry M. Johnson, III
Counsel for Virginia Electric and Power Company
dba Dominion Energy Virginia

Harry M. Johnson, III (Bar No. IL0002)
HUNTON & WILLIAMS LLP
951 East Byrd Street
Richmond, VA  23219-4074
pjohnson@hunton.com
(804) 788-8784
(804) 343-4538 (fax)

Eric J. Murdock (Bar No. 443194)
HUNTON & WILLIAMS LLP
2200 Pennsylvania Avenue N.W.
Washington, DC 20037-1701
emurdock@hunton.com
(202) 955-1576
(202) 857-3885 (fax)