UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

NOV 28 2017

Clerk, U.S. District and
Bankruptcy Courts

| | |
|---|---|
| NATIONAL PARKS CONSERVATION ASSOCIATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TODD T. SEMONITE, *Lieutenant General, U.S. Army Corps of Engineers* and RYAN D. MCCARTHY[1], *Acting Secretary of the Army*, ) <br> ) <br> Defendants, ) <br> ) <br> VIRGINIA ELECTRIC & POWER COMPANY, ) <br> ) <br> Defendant-Intervenor. ) | Civil No. 1:17-CV-01361-RCL |
| NATIONAL TRUST FOR HISTORIC PRESERVATION IN THE UNITED STATES and ASSOCIATION FOR THE PRESERVATION OF THE VIRGINIA ANTIQUITIES, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> TODD T. SEMONITE, *Lieutenant General, U.S. Army Corps of Engineers* and RYAN D. MCCARTHY[1], *Acting Secretary of the Army*, ) <br> ) <br> Defendants, ) <br> ) <br> VIRGINIA ELECTRIC & POWER COMPANY, ) <br> ) <br> Defendant-Intervenor. ) | Civil No. 1:17-CV-01574-RCL |

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Ryan D. McCarthy, the Acting Secretary of the United States Army, is automatically substituted for former Acting Secretary of the Army Robert M. Speer.

## [PROPOSED] SCHEDULING ORDER

The Stipulation and Proposed Scheduling Order filed November 17, 2017 is **APPROVED**.

1) Any party intending to file a motion to complete the administrative record or for judicial review of extra-record documents shall confer with counsel for Federal Defendants regarding the substance of the motion by **December 7, 2017**.

2) Any motion to complete the administrative record or for judicial review of extra-record documents shall be filed by **December 15, 2017**.

3) On **December 15, 2017**, each plaintiff shall file a motion for summary judgment and memorandum in support, limited to 45 pages. Any amicus curiae briefs in support of plaintiffs shall also be filed by that date.

4) On **January 26, 2018**, each defendant shall file a combined brief, limited to 75 pages, opposing plaintiffs' motions and cross-moving for summary judgment. Any amicus curiae briefs in support of defendants shall also be filed by that date.

5) On **February 1, 2018**, parties shall file responses to any motion to complete the administrative record or for judicial review of extra-record documents.

6) On **February 6, 2018**, counsel for the parties shall confer regarding (A) the latest status of construction of the Surry-Skiffes Creek-Whealton project in the James River, and (B) based on the status, whether the parties stipulate to a modest extension of the remaining deadlines for summary judgment briefs.

7) On **February 21, 2018**, each plaintiff shall file a combined brief, limited to 70 pages, opposing defendants' motions for summary judgment and replying in support of its motion for summary judgment.

1

8) On **February 28, 2018**, replies in support of any motions to complete the administrative record or for judicial review of extra-record documents shall be filed.

9) On **March 9, 2018**, each defendant shall file a brief, limited to 50 pages, replying in support of its summary judgment motion.

10) On **March 12, 2018**, the parties shall file a Joint Appendix of record excerpts pursuant to Local Civil Rule 7(n). Defendants shall provide Plaintiffs electronic copies of any record excerpts cited for the first time in their reply briefs by 10 a.m. Eastern Time on March 12, 2018.

It is **SO ORDERED**.

Date: 11/27/17

Royce C. Lamberth
United States District Judge