

**FILED**
APR 0 3 2018
Clerk, U.S. District and Bankruptcy Courts

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL PARKS CONSERVATION ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>TODD T. SEMONITE, *Lieutenant General, U.S. Army Corps of Engineers* and DR. MARK T. ESPER,[1] *Secretary of the Army*,<br><br>Defendants,<br><br>VIRGINIA ELECTRIC & POWER COMPANY,<br><br>Defendant-Intervenor. | Civil Action No. 1:17-cv-01361-RCL |
| NATIONAL TRUST FOR HISTORIC PRESERVATION IN THE UNITED STATES and ASSOCIATION FOR THE PRESERVATION OF VIRGINIA ANTIQUITIES,<br><br>Plaintiffs,<br><br>v.<br><br>TODD T. SEMONITE, *Lieutenant General, U.S Army Corps of Engineers* and DR. MARK T. ESPER, *Secretary of the Army*,<br><br>Defendants,<br><br>VIRGINIA ELECTRIC & POWER COMPANY,<br><br>Defendant-Intervenor. | Civil Action No. 1:17-cv-01574-RCL |

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Dr. Mark T. Esper, the current Secretary of the United States Army, is automatically substituted for former Acting Secretary of the Army Ryan D. McCarthy.

[PROPOSED] AMENDED SCHEDULING ORDER

[83]

The Joint Stipulation and Proposed Amended Scheduling Order filed on February 13, 2018, is APPROVED, nunc pro tunc:

1) On **February 28, 2018**, replies in support of any record motions shall be filed.

2) On **March 2, 2018**, each plaintiff shall file a combined brief, limited to 70 pages, opposing defendants' motions for summary judgment and replying in support of its motion for summary judgment.

3) On **March 26, 2018**, each defendant shall file a brief, limited to 50 pages, replying in support of its summary judgment motion.

4) On **March 30, 2018**, the parties shall file a Joint Appendix of record excerpts pursuant to Local Civil Rule 7(n). For purposes of finalizing the Appendix expeditiously, Defendants shall provide to Plaintiffs' counsel a list of any record excerpts cited for the first time in their reply briefs by **March 28, 2018**.

5) On **April 16, 2018**, counsel for the parties shall confer regarding the latest status of construction of the Surry-Skiffes Creek-Whealton electric transmission line project in the James River.

It is **SO ORDERED**.

Date: 3/30/18

Royce C. Lamberth
United States District Judge