IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL PARKS CONSERVATION ASSOCIATION, <br><br> Plaintiff, <br><br> v. <br><br> TODD T. SEMONITE, *Lieutenant General, U.S. Army Corps of Engineers* and DR. MARK T. ESPER,[1] *Secretary of the Army*, <br><br> Defendants, <br><br> VIRGINIA ELECTRIC & POWER COMPANY <br><br> Defendant-Intervenor. | Civil Action No. 1:17-cv-01361-RCL |
| NATIONAL TRUST FOR HISTORIC PRESERVATION IN THE UNITED STATES and ASSOCIATION FOR THE PRESERVATION OF VIRGINIA ANTIQUITIES, <br><br> Plaintiffs, <br><br> v. <br><br> TODD T. SEMONITE, *Lieutenant General, U.S Army Corps of Engineers* and RYAN D. MCCARTHY, <br><br> Defendants, <br><br> VIRGINIA ELECTRIC & POWER COMPANY <br><br> Defendant-Intervenor. | Civil Action No. 1:17-cv-01574-RCL |

**UPDATED STATUS REPORT ON TOWER CONSTRUCTION**

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Dr. Mark T. Esper, the current Secretary of the United States Army, is automatically substituted for former Acting Secretary of the Army Ryan D. McCarthy.

1

In prior submissions to the Court, Defendant-Intervenor Virginia Electric & Power Co. ("Dominion") stated that it anticipated the construction and erection of steel towers on top of the foundations located in the James River would not begin until May 15, 2018, at the earliest. *See* ECF No. 83 at 2, Civil No. 17-cv-01361-RCL. Dominion provides this update to the status of construction.

Tidal conditions in the James River have caused unforeseen changes in the construction techniques required. Consequently, construction and erection of steel towers on top of the foundations in the river will not begin until <u>July 1, 2018</u>, at the earliest.

Dated: May 10, 2018          Respectfully submitted,

     <u>/s/ Harry M. Johnson, III</u>
Eric J. Murdock (DC Bar No. 443194)
Hunton & Williams LLP
2200 Pennsylvania Avenue, N.W.
Washington, DC 20037-1701
(202) 955-1576
emurdock@hunton.com

Harry M. Johnson, III (DC Bar No. IL0002)
Hunton & Williams LLP
Riverfront Plaza, East Tower
951 E Byrd Street
Richmond, VA 23219-4074
(804) 788-8784
pjohnson@hunton.com

*Counsel for Virginia Electric & Power Company dba Dominion Energy*