UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NATIONAL PARKS CONSERVATION ASSOCIATION, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| TODD T. SEMONITE *et al.,* | ) ) | Civil Action No. 1:17-cv-01361-RCL |
| Defendants | ) ) ) | |
| and | ) ) ) | |
| VIRGINIA ELECTRIC & POWER COMPANY, | ) ) ) | |
| Defendant-Intervenor. | ) ) | |
| NATIONAL TRUST FOR HISTORIC PRESERVATION IN THE UNITED STATES and ASSOCIATION FOR THE PRESERVATION OF VIRGINIA ANTIQUITIES, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| TODD T. SEMONITE *et al.,* | ) ) | Civil Action No. 1:17-cv-01574-RCL |
| Defendants, | ) ) | |
| and | ) ) | |
| VIRGINIA ELECTRIC & POWER COMPANY, | ) ) ) | |
| Defendant Intervenor. | ) ) | |

**ORDER**

The Court would like plaintiff National Parks Conservation Association and plaintiff National Trust for Historic Preservation in the United States and Association for the Preservation of Virginia Antiquities to answer the following question: If this Court should decide to vacate the permit, do plaintiffs expect to initiate further proceedings (prior to completion of the Environmental Impact Study) before an agency, administrative law judge, this Court, or any other judicial body requesting removal of the Surry-Skiffes Creek-Whealton project?

Date: October 18, 2019

_____
Royce C. Lamberth
United States District Court Judge