# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL PARKS CONSERVATION ASSOCIATION, </br></br> Plaintiff, </br></br> v. </br></br> TODD T. SEMONITE, *Lieutenant General, U.S. Army Corps of Engineers et al.* </br></br> Defendants, </br></br> VIRGINIA ELECTRIC & POWER COMPANY </br></br> Defendant-Intervenor. | Civil Action No. 1:17-cv-01361-RCL |

## [PROPOSED] ORDER

[161]

This matter is before the Court on Federal Defendants' Consent Motion to Stay. Upon consideration of the motion and for good cause shown, the Court hereby **GRANTS** Federal Defendants' Motion. until Nov. 28, 2020.

**SO ORDERED.**

Date: 9/29/20

_Royce C. Lamberth_
The Honorable Royce C. Lamberth
Senior Judge